# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN MATTHEW FRADY )<br>_____ ) | DOCKET NO. 1:13cr79-3<br><br>**MOTION TO DISMISS INDICTMENT** |

NOW COMES the United States of America, by and through Jill Westoreland Rose, United States Attorney for the Western District of North Carolina, and the undersigned hereby moves to dismiss the Indictment in this case against the above-named defendant.

The defendant was indicted in December of 2013 for conspiring with eleven co-defendants to distribute and possess with intent to distribute methamphetamine between North Carolina, South Carolina and Georgia. The defendant was never arrested on nor did he ever appear in court on the federal indictment because he was already in state custody in South Carolina and facing state prosecution for the same conduct that was the subject of the federal indictment. The defendant pleaded guilty in his South Carolina case, thereby admitting to and being held accountable for the same conduct that was the subject of the federal indictment. The government therefore moves to dismiss the pending indictment against the defendant, without prejudice.

As stated above, the defendant was never arrested on nor did he ever appear in this case. As such, there is no attorney assigned to represent the defendant.

RESPECTFULLY SUBMITTED, this the 12th day of October, 2016.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

THOMAS M. KENT
ASSISTANT UNITED STATES ATTORNEY
s/ Thomas M. Kent
New York State Bar No. 2966364
100 Otis Street
Asheville, North Carolina 28803
(828)271-4661
Fax: (828)271-4670
Email: thomas.kent@usdoj.gov